**1 |** P a g e       R e i d   e t   a l   N o t i c e   o f   A p p e a r a n c e

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
Buffalo Division

_____

DAVID L. REID, MICHAEL PALMERI, and DAVID RICOTTA

                Plaintiffs,

v.                                                                **Notice of Appearance**

COUNTY OF ERIE

                                            Civil  1:15-cv-01078-RJA

                Defendant.

_____

**NOTICE OF APPEARANCE**

Please take note that Michelle Parker, First Assistant County Attorney, of counsel to Michael A. Siragusa, Esq., Erie County Attorney, hereby appears on behalf of the Defendant, Erie County, and requests that copies of all future pleadings and documents be served upon the undersigned at the office and mailing address stated below, and that the undersigned's name be placed on the Court's CM/ECF mailing matrix as Lead Attorney and as an Attorney to be Noticed.

Dated:        Buffalo, New York
                January 20, 2016

                                            Respectfully submitted,

                                            MICHAEL A. SIRAGUSA, ESQ.,
                                            Erie County Attorney and Attorney for Defendant
                                            *County of Erie*

                                            By:    /s/ Michelle Parker

                                        MICHELLE PARKER, ESQ.,
                                        First Assistant County Attorney, of Counsel
                                        95 Franklin Street, Room 1634
                                        Buffalo, New York 14202
                                        (716) 858-2209
                                        Email: michelle.parker_@erie.gov

TO:    Andrew P. Fleming, Esq.
        CHIACCHIA & FLEMING, LLP
        5113 South Park Avenue
        Hamburg, New York 14075
        (716) 648-3030
        Email: efiling@cf-legal.com